United States District Court
Southern District of Texas

**ENTERED**
November 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Roy Ayala,<br><br>　　　　　Plaintiff,<br>v.<br><br>Stellar Recovery, Inc.,<br><br>　　　　　Defendant. | Civil Action No.: 4:15-cv-02559 |

### ORDER GRANTING MOTION TO DISMISS

Pursuant to Plaintiff's Motion to Dismiss Case, and for good cause shown,

IT IS HEREBY ORDERED that the case is dismissed without prejudice and without costs to any party.

IT IS SO ORDERED.

Date: November 15, 2016

　　　　　　　　　　　　　　　　　　　　Hon. Melinda Harmon